## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

|  |  |  |
|---|---|---|
| HARRISON MANUFACTURING, LLC, | ) | No. 4:11-cv-00065-TWP-WGH |
|  | ) |  |
| Counter Claimant, | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| JMB MANUFACTURING, INC., | ) |  |
| RON  BIENIAS, | ) |  |
|  | ) |  |
| Counter Defendants. | ) |  |
|  | ) |  |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the Court's Entry issued this day, the Court now enters FINAL JUDGMENT in this action in favor of Counter Claimant Harrison Manufacturing, LLC, and against the Counter Defendants JMB Manufacturing, Inc. and Ron Bienias, as follows:

- Compensatory damages against JMB Manufacturing, Inc. and Ron Bienias, jointly and severally, in the amount of:  $4,046,988.00.

- Compensatory damages against JMB Manufacturing, Inc. in the amount of $11,000.00.

SO ORDERED.

Dated:  04/25/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

RON  BIENIAS
39 Oak Lane
Lemont, IL 60439

S. Chad Butcher
schadbutcher@gmail.com

Gordon D. Ingle
FAITH INGLE SMITH LLC
gdilaw@faithinglesmith.com

Jeffrey A. Savarise
Fisher & Phillips LLP
jsavarise@laborlawyers.com

John C. Roach
RANSDELL & ROACH, PLLC
john@ransdellroach.com

S. Chad Meredith
RANSDELL AND ROACH, PLLC
chad@ransdellroach.com

W. Keith Ransdell
RANSDELL AND ROACH, PLLC
keith@ransdellroach.com

John C. Hoard
RUBIN & LEVIN, PC
johnh@rubin-levin.net

Joshua William Casselman
RUBIN & LEVIN, PC
jcasselman@rubin-levin.net