# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| HARRISON MANUFACTURING, LLC formerly known as CHILD CRAFT, LLC, | ) ) ) | |
| Counter Claimants, | ) ) | |
| v. | ) ) | Case No. 4:11-cv-00065-TWP-WGH |
| JMB MANUFACTURING, INC., doing business as SUMMIT FOREST PRODUCTS COMPANY, and RON BIENIAS, | ) ) ) ) ) | |
| Counter Defendants. | ) | |

## AMENDED FINAL JUDGMENT

For the reasons detailed in the Court's Entry issued this day (Filing No. 280), the Court now enters an Amended Final Judgment in this action in favor of Counter Claimant Harrison Manufacturing, LLC, (formerly known as Child Craft, LLC) and against the Counter Defendants JMB Manufacturing, Inc. and Ron Bienias, as follows:

- Compensatory damages against JMB Manufacturing, Inc. and Ron Bienias, jointly and severally, in the amount of $2,769,816.00.

- Compensatory damages against JMB Manufacturing, Inc. in the amount of $11,000.00.

**SO ORDERED:**

Dated: 9/19/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

S. Chad Meredith
RANSDELL AND ROACH, PLLC
chad@ransdellroach.com

Michael Munley
TOMLINSON LAW OFFICE, P.C.
mmunley@tomlinson-law.com

Eric S. Pavlack
PAVLACK LAW LLC
eric@pavlacklawfirm.com

W. Keith Ransdell
RANSDELL AND ROACH, PLLC
keith@ransdellroach.com

John C. Roach
RANSDELL & ROACH, PLLC
john@ransdellroach.com

Michael P. Tomlinson
TOMLINSON LAW OFFICE, P.C.
mtomlinson@tomlinson-law.com