# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| HARRISON MANUFACTURING, LLC, | )
| | )
| Counter Claimant, | )
| | )
| v. | )
| | ) Case No. 4:11-cv-00065-TWP-WGH
| JMB MANUFACTURING, INC., and RON BIENIAS, | )
| | )
| Counter Defendants. | )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Stay of Execution. (Filing No. 307). The parties were afforded due opportunity pursuant to statute and the rules of this court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation that this Court not stay execution without the posting of a supersedeas bond, hereby adopts the Magistrate Judge's Report and Recommendation.

**SO ORDERED.**

Date: 01/26/2015

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Eric S. Pavlack
PAVLACK LAW LLC
eric@pavlacklawfirm.com

Michael Munley
TOMLINSON LAW OFFICE, P.C.
mmunley@tomlinson-law.com

Michael P. Tomlinson
TOMLINSON LAW OFFICE, P.C.
mtomlinson@tomlinson-law.com

John C. Roach
RANSDELL & ROACH, PLLC
john@ransdellroach.com

S. Chad Meredith
RANSDELL AND ROACH, PLLC
chad@ransdellroach.com

W. Keith Ransdell
RANSDELL AND ROACH, PLLC
keith@ransdellroach.com